ORIGINAL

**MEMO ENDORSED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/5/22

NEW YORK EMBROIDERY STUDIO, INC.

        Plaintiff,             Civil Action No.: 1:21-cv-08207-LLS

v.

HSUS MANUFACTURING, INC.,

        Defendant.

## PLAINTIFF'S UNOPPOSED MOTION TO TEMPORARILY STAY PROCEEDINGS

COMES NOW Plaintiff, New York Embroidery Studio, Inc., ("Plaintiff" or "NYES") respectfully submits the following motion to temporarily stay the proceedings, to which Defendant HSUS Manufacturing, Inc. does not object:

1. On February 4, 2022, this Court issued a Joint Scheduling Order. The Order stated that all discovery would be completed by September 15, 2022.

2. The Parties have been engaged in written discovery and have deposed a former employee of the Defendant.

3. Both Parties have now expressed a desire to attempt to resolve this matter through mediation.

4. The Plaintiff requests that the Court issue an Order staying this matter for a period of 60 days up through October 3, 2022.

5. The Plaintiff further requests that all dates on the Joint Scheduling Order be continued by 60 days.

6. The Defendant does not object to this request.

*Granted.*
*Louis L. Stanton*
*8/5/22*

1

WHEREFORE, the Plaintiff respectfully requests that the Court grant the Plaintiff's Motion and grant such other and further relief as just and proper.

Date: August 4, 2022                                              Respectfully submitted,

/s/*Joseph A. Camardo, Jr.*
Joseph A. Camardo, Jr.
SDNY Bar No.: 2112167
CAMARDO LAW FIRM, PC
  *Attorney for New York*
  *Embroidery Studios, Inc.*
127 Genesee Street
Auburn, New York 13021
Tel: (315) 252-3846
Fax: (315) 252-3508
Email: joecamardo@camardo.com