**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
NEW YORK EMBROIDERY STUDIO, INC.,

                         Plaintiff,         **21-CV-08207 (LLS) (VF)**

       -against-                  **ORDER**

HSUS MANUFACTURING, INC.

                        Defendant.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are directed to submit a joint letter by no later than **Friday, November 18, 2022,** providing the court an update on the status of the case following the parties' mediation conference held on November 10, 2022.

      **SO ORDERED.**

DATED:     New York, New York
                 November 15, 2022

                                                    VALERIE FIGUEREDO
                                                    United States Magistrate Judge