ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/23/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW YORK EMBROIDERY STUDIO, INC.,

                Plaintiff,

    - against -

HSUS MANUFACTURING, INC.,

                Defendant.

21 Civ. 8207 (LLS)

ORDER

The Court having been informed that this action has been settled, it is

ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within thirty days of the date of this order either party may apply by letter for restoration of the action to the Court's calendar.

So Ordered.

Dated: New York, New York
       March 23, 2023

*Louis L. Stanton*
LOUIS L. STANTON
U.S.D.J.